**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Gonzalo Calderon
                        Plaintiff,

v.                                       Case No.: 1:17–cv–01744
                                                  Honorable John Z. Lee

Simply Thalia, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 13, 2018:

       MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal, this case is dismissed without prejudice, with each party to bear its own costs and fees. Plaintiff is granted leave to reinstate if necessary on or before September 28, 2018. If plaintiff has not moved to reinstate by September 28, 2018, the dismissal will convert to a dismissal with prejudice. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.